RICHARD L. MORRIS and Others, Respondents, v. M. L. BIEDERMANN & COMPANY BANKAKTIENGESELLSCHAFT and Another, Appellants, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

FRANK SILVER, Respondent, v. PARK-LEX HOLDING CORPORATION and Others, Defendants, Impleaded with JOSEPH CORN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.; Finch, J., dissents.

KYRIACOS SINANIDES, Respondent, v. CHRIST P. CASSAPOGLOU and Another, Individually and as Copartners, etc., Appellants.— Order modified by striking out all provisions requiring the defendants to give a bond and by providing that plaintiff give security as a condition for granting the injunction, and as so modified affirmed; the amount of the security to be determined upon the settlement of the order, with leave to both parties to submit affidavits as to the amount of such security. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

GEORGES DUTTWEILER and Another, Respondents, v. ARTHUR H. JACOBS, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

RUTH HANKIN, Plaintiff, v. ABRAHAM SIEGEL, Defendant. HERMAN M. FRANK, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ANNIE BAKER, Appellant, v. NATHAN D. BAKER, Respondent.— Order affirmed, without costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

BERT C. MATHESON, Appellant, v. ROY C. GOODWIN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JOHN A. MULLIGAN, INC., v. COOPERSMITH CONSTRUCTION CO., INC., and Others.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

FANNIE KATZ v. JACOB KATZ.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. SAMUEL BERG, Correct Name SUNKIN.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES BORK and Another.— Motion to dismiss appeal granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ABRAHAM C. KESSLER v. WILLIAM M. BARRETT, as President of ADAMS EXPRESS COMPANY.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.